IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL FANSLER,

    Plaintiff,

  v.

                                          Case No. 20-cv-889-wmc

MESSERLI & KRAMER, PA
and LVNV FUNDING LLC,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Messerli & Kramer, PA and LVNV Funding LLC against plaintiff Michael Fansler dismissing this case for lack of standing.

| s/ K. Frederickson, Deputy Clerk | May 27, 2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |